**No. 58858.**—Associated Dry Goods Corp., Lord & Taylor Div. *v.* United States, protest 228668–K (New York).

Opinion by JOHNSON, J. It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the one case of silk scarves, No. 925, reported by the inspector as manifested, not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protest was sustained to this extent.

BEFORE THE FIRST DIVISION, MARCH 24, 1955

**No. 58859.**—Felix M. Mendelson and Hoyt, Shepston & Sciaroni et al. *v.* United States, protests 223474–K, etc. (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).